We think there was no abuse of discretion. *Dunlop* v. *Ins. Co.*, 74 N. Y. 145 ; *White's Bank of Buffalo* v. *Farthing*, 101 id. 344; *Rosenberg* v. *Salomon*, 144 id. 92.

The order appealed from must, therefore, be affirmed, with costs.

VAN WYCK and McCARTHY, JJ., concur.
Order affirmed, with costs.

---

ELWOOD S. HAND, Appellant, *v.* WILLIAM A. SHAW, Respondent.

APPEAL from order.

*Charles De Hart Brower*, for appellant.

*D. J. Newland*, for respondent.

VAN WYCK, J. The order appealed from is affirmed, with ten dollars costs.

McCARTHY, J., concurs.
Order affirmed, with ten dollars costs.